WILLARD H. COBB, Appellant, *v.* CHARLES W. WILLIAMS, JR., Respondent.

Supreme Court, Appellate Term, First Department, December 21, 1944.

*G. Kenneth Brown* for appellant.

*Michael J. Kiely, Jr.,* for respondent.

MEMORANDUM *Per Curiam.* The fact that the defendant at the time of the service of process was in the military service furnishes no ground for exempting him from process. (*Matter of Kernan,* 272 N. Y. 560.)

The order should be reversed, with ten dollars costs and disbursements, and motion denied, with leave to appear within six days after service of order entered hereon, on payment of costs.

HAMMER, McLAUGHLIN and EDER, JJ., concur.

Order reversed, etc.